IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § § ADAMS EXTRACT § § Defendants. § § _____ § § SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § § GENERAL MILLS, INC. § § Defendants. § _____ § | Case No: 2:15-cv-01169-RWS-RSP LEAD CASE Case No: 2:15-cv-01864-JRG-RSP CONSOLIDATED CASE |

## **ORDER OF DISMISSAL WITH PREJUDICE**

On this day, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss with prejudice, in the lawsuit between Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant General Mills, Inc.  Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby GRANTED.

Therefore, IT IS ORDERED that all claims by and between parties have are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorneys' fees and other litigation expenses.

SIGNED this 9th day of April, 2016.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE